**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER MCDOWELL, | : | Civil No. 1:25-CV-01537 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CARLISLE BOROUGH POLICE DEPARTMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

Before the court is the report and recommendation and addendum of United States Magistrate Judge Martin C. Carlson recommending that the court dismiss Plaintiff's complaint without prejudice for failure to state a claim. (Docs. 7, 10.) Plaintiff filed objections wherein she disagrees with the court's analysis and argues that she should be permitted to amend her complaint. (Doc. 9.)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984). "To obtain de novo determination of a magistrate's findings by a district court, 28 U.S.C. § 636(b)(1) requires both timely and specific objections to the report." *Id.* at 6. Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest

injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Judge Carlson's report and recommendation and addendum and finds no clear error or manifest injustice on the face of the record. Plaintiff's objections merely express disagreement with the court's analysis or requests relief that the addendum recommends in any event. Accordingly, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's objections to the report and recommendation, Doc. 9, are **OVERRULED**.

2) The report and recommendation and addendum, Docs. 7 & 10, are **ADOPTED**.

3) Plaintiff's complaint, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

4) The court will not consider the amended complaint, Doc. 11, which was filed prior to the court ruling on the report and recommendation.

5) Plaintiff may file an amended complaint within **21 days** of this order consistent with the recommendations in the report and recommendation, Doc. 7. If Plaintiff fails to file an amended complaint, the Clerk of Court shall close this case.

6) This matter is referred back to Magistrate Judge Carlson for further pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: November 4, 2026